| | |
|---|---|
| 1 | Deverie J. Christensen |
| | Nevada State Bar No. 6596 |
| 2 | Daniel I. Aquino |
| | Nevada State Bar No. 12682 |
| 3 | **JACKSON LEWIS P.C.** |
| | 300 S. Fourth Street, Suite 900 |
| 4 | Las Vegas, Nevada 89101 |
| | Tel: (702) 921-2460 |
| 5 | Email:  deverie.christensen@jacksonlewis.com |
| |          daniel.aquino@jacksonlewis.com |

*Attorneys for Defendants*
*All City Pharmacy LLC and*
*Garen Gararakhanyan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JARED KOHN, an individual, | |
|     Plaintiff, | Case No. 2:20-cv-01956-APG-VCF |
| vs. | |
| ALL CITY PHARMACY L.L.C.; GAREN GARARAKHANYAN, an individual; EMPLOYEE(S)/AGENT(S) DOES I-X; AND ROE CORPORATIONS XI-XX, INCLUSIVE, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |
|     Defendants. | |

Defendants All City Pharmacy LLC and Garen Gararakhanyan ("Defendants") by and through their counsel, Jackson Lewis P.C., and Plaintiff Jared Kohn ("Plaintiff") by and through his counsel, Gabroy Law Offices, hereby stipulate and agree to extend the time for Defendants to file an answer or otherwise respond to Plaintiff's Complaint. Defendant All City Pharmacy LLC was served on September 22, 2020 and Defendant Garen Gararakhanyan was served via Acceptance of Service on October 20, 2020. Defendants removed the case to federal court on October 22, 2020. Defendant All City Pharmacy LLC's responsive pleading is due on October 29, 2020. Defendant Garen Gararakhanyan's responsive pleading is due on November 12, 2020.

Plaintiff and Defendants have agreed to an extension of time for Defendants to file a response to the Complaint to allow defense counsel sufficient time to investigate the allegations

of the Complaint. Defendants shall, therefore, have a thirty (30) day extension from All City Pharmacy LLC's responsive pleading deadline to file a responsive pleading to Plaintiff's Complaint, and both Defendants' responsive pleading shall be due on November 30, 2020,

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 26th day of October, 2020.

GABROY LAW OFFICES

*/s/ Kaine Messer*
Christian Gabroy, Bar No. 8805
Kaine Messer, Bar No. 14240
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

*/s/ Daniel I. Aquino*
Deverie J. Christensen, Bar No. 6596
Daniel I. Aquino, Bar No. 12682
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants
All City Pharmacy LLC and
Garen Gararakhanyan*

**ORDER**

**IT IS SO ORDERED:**

Dated: 10-27-2020

_____
UNITED STATES MAGISTRATE JUDGE
Cam Ferenbach

4845-4337-1472, v. 1