Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
             daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*
*All City Pharmacy LLC and*
*Garen Gararakhanyan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JARED KOHN, an individual,<br><br>      Plaintiff,<br><br>   vs.<br><br>ALL CITY PHARMACY L.L.C.; GAREN GARARAKHANYAN, an individual; EMPLOYEE(S)/AGENT(S) DOES I-X; AND ROE CORPORATIONS XI-XX, INCLUSIVE,<br><br>      Defendants. | Case No. 2:20-cv-01956-APG-VCF<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT OF MATTER**<br><br>(First Request) |

Defendants All City Pharmacy LLC and Garen Gararakhanyan ("Defendants") by and through their counsel, Jackson Lewis P.C., and Plaintiff Jared Kohn ("Plaintiff") by and through his counsel, Gabroy Law Offices, hereby notify the Court that the parties have reached an agreement in principal to settle this matter, and are currently conferring regarding terms of the settlement agreement. As Plaintiff's Complaint alleges claims based on the Fair Labor Standards Act, the parties will submit a Motion for Court Approval of Settlement no later than January 8, 2021.

Given the resolution of this matter, the parties hereby request that all current deadlines be vacated, including the deadline for Defendants to answer or otherwise respond to Plaintiff's

Complaint, and the deadline for filing the parties' Joint Proposed Discovery Plan and Scheduling Order.

## STIPULATION

NOW THEREFORE, the parties hereby agree and stipulate as follows:

The current pleading and discovery deadlines in this matter shall be vacated.

The parties shall file a Motion for Court Approval of Settlement by January 8, 2021.

Dated this 30th day of November, 2020.

| GABROY LAW OFFICES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kaine Messer* | */s/ Daniel I. Aquino* |
| Christian Gabroy, Bar No. 8805 | Deverie J. Christensen, Bar No. 6596 |
| Kaine Messer, Bar No. 14240 | Daniel I. Aquino, Bar No. 12682 |
| The District at Green Valley Ranch | 300 S. Fourth Street, Suite 900 |
| 170 South Green Valley Parkway, Suite 280 | Las Vegas, Nevada 89101 |
| Henderson, Nevada 89012 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | *All City Pharmacy LLC and* |
| | *Garen Gararakhanyan* |

## ORDER

**IT IS SO ORDERED:**

Dated: 11-30-2020

_____
UNITED STATES MAGISTRATE JUDGE

4826-0798-7411, v. 1