# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JARED KOHN, an individual,<br><br>    Plaintiff<br><br>v.<br><br>ALL CITY PHARMACY L.L.C.; GAREN GARARAKHANYAN, an individual; EMPLOYEE(S)/AGENT(S) DOES I-X; AND ROE CORPORATIONS XI-XX, inclusive,<br><br>    Defendants | Case No.: 2:20-cv-01956-APG-VCF<br><br>**Order Granting Join Motion for Approval of Settlement and Dismissal of Complaint**<br><br>[ECF No. 14] |

The parties' joint motion for court approval of their settlement **(ECF No. 14) is granted**. The confidential Settlement Agreement is approved. This case is dismissed and the clerk of the court shall close this file.

DATED this 8th day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE